UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Dr. Keith F. Bell, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> Amanda Marie Scarborough, <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 1:19-cv-1080 |

### Order

Pursuant to the parties **Stipulation for Dismissal** (see below), it is hereby ordered that Defendant is dismissed with prejudice, without attorneys' fees or costs to either party, all costs having been paid.

**IT IS SO ORDERED.**

**DATED**: May 17, 2021

_____
David Alan Ezra
Senior United States District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Dr. Keith F. Bell, Ph.D., | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 1:19-cv-1080 |
| Amanda Marie Scarborough | § § | Hon. David A. Ezra |
| Defendant. | § | |

**Stipulation of Dismissal**

All matters in dispute between Plaintiff and Defendants (the "Parties") to the above-entitled cause having been satisfactorily compromised:

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between said Parties, by their respective attorneys, that the said cause shall be dismissed with prejudice, without attorneys' fees or costs to either party, all costs having been paid.

**IT IS FURTHER STIPULATED AND AGREED** that an order pursuant to the foregoing may be entered of record upon the presentation of this stipulation.

**WHEREFORE**, the Parties hereto pray that the Court will enter an order dismissing Plaintiff's Complaint with respect to Defendants with prejudice.

Dated: May 13, 2021

SO STIPULATED,

| | |
|---|---|
| /s/Adam E. Urbanczyk | /s/Willmore F. Holbrow |
| Adam E. Urbanczyk | Willmore F. Holbrow |
| AU LLC | Buchalter |
| 564 W. Randolph St. 2nd Floor | 1000 Wilshire Boulevard, Suite 1500 |
| Chicago, IL 60661 | Los Angeles, CA 90017-1730 |
| (312) 715-7312 | (213) 891-5235 |
| (312) 646-2501 (fax) | wholbrow@buchalter.com |
| adamu@au-llc.com | *Counsel for Defendant Amanda Marie Scarborough* |
| *Pro Hac Vice* | |
| *Counsel for Plaintiff Dr. Keith F. Bell, Ph.D.* | |